UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:06CR12(JBA)** |
| **DIANA CALHELHA** : | |

### ENDORSEMENT ORDER

     Defendant's motion to release bond, to pay fine and to compel payment on interest on monies posted as bond is GRANTED as to release of bond in the amount of $22,000.00, and TAKEN UNDER ADVISEMENT as to payment of interest.

     The Clerk's Office is directed to return the bond in the amount of $22,000.00 and the remaining money is applied to defendant's fine of $3,000.00.

     IT IS SO ORDERED.

     ___/s/_____
     Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 20, 2007